IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIE PIERRE,<br><br>                     Plaintiff,<br><br>    v.<br><br>UNIVERSAL PROPERTY &<br>CASUALTY INSURANCE COMPANY,<br><br>                     Defendant. | CIVIL ACTION<br>No. 20-6537 |

## ORDER

AND NOW, this 28th day of March 2022, after reviewing defendant's Motion for Summary Judgment, the opposition thereto, and defendant's reply, it is hereby **ORDERED** that defendant's Motion for Summary Judgment is **DENIED** for the reasons set forth in the accompanying Memorandum Opinion.

A telephonic status conference shall be held on **April 29, 2022, at 11:00 a.m.** The parties may call into the conference at 888-204-5984 and access code 3221457.

                                                     **BY THE COURT:**

                                                     */s/ Jeffrey L. Schmehl*
                                                     **Jeffrey L. Schmehl, J.**